IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| LOUIS EUGENE CUNNINGHAM, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV04-376-S-EJL |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RANDY BLADES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On March 13, 2006, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **March 13, 2006**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT  1**